UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK

NOV 27 2023 AM 10:16
FILED - USDC - NDTX - LU

5:23-CV-00283-C

November 19, 2023

TO: Whom it my concern I'm writing to Ask for help in filing a Law suit against Amarillo Police Department, for Violating my 6# Amendment, and for enter to my house without Permission, illegal, no search warrant, And for false accusations against me Jorge Troncozo, Of scape from Randall County Jail and accuse and Threaten my family acting gross negligence, and Accuse them to hide me, and for many more false Accusations, for Conspiracy, and for more many Other matters that they have done wrong Against Me Jorge Troncozo, and my family Armando Montoya Troncozo, Ricardo Troncozo, Odalis Gastellon, - Margarita Trancozo, Nailea Troncoso, Sune oliben, Guadalupe Lopez, I Jorge Troncozo, and my family We already reached out to Amarillo Police Department For help but they denial to help us with our complains And know one will respond, attend, to our phone calls, messages the messengers, or any of my letters, my Family emergency phone calls, and messages. the Amarillo Police Department they continue to harasst My family, and friends, APD they conduct - Constitutes gross, threaten negligence, lie to my Family, forcely try make my family and friends to lie so they can and build and create false accusations On they favor and against me Jorge Troncozo, the Amarillo Police Department they keep going by my

house looking for me Jorge Troncozo, while I'm here in Randall County Jail, the Amarillo Police Department ignore several times about my family Emergency complains that was so seriously than Happen in our house they ignore my complains too, And our neighbors complains. I'm asking Please that You gentleman would send me the papure Paper Work to file a Suit, I have many witnesses that The Amarillo Police Department are harashing, and Threaten my family and me Jorge Troncozo, also I have to report that with 2 agents of the DEA, And Potter County Law enforcement agent, the Amarillo Police Department, Traumatize to my Family and me Jorge Troncozo, I feel my life is in danger and I'm asking Please for me and my Family for a Protective order and for help with This matter.

Respectfuly, Submitter,

Jorge Troncozo,

Randall County Jail
9100 S. Georgia St,
Amarillo, TX. 79118

Jorge Troncozo, #50772
Randall County Jail
9100 S. Georgia St,
Amarillo, Tx. 79118

RECEIVED
NOV 27 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal Mail

AMARILLO TX 791
20 NOV 2023 PM 1 L

7540184027

United States District Court
Office The Clerk
Northern District of Texas
1205 Texas Ave., Room 209
Lubbock, Tx. 79401

